# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARIA ESPARRAGUERA, ) | |
| *Plaintiff*, ) | |
| v. ) | Civil Action No. 21-421 (TJK) |
| U.S. DEPARTMENT OF THE ARMY, *et al.*, ) | |
| *Defendants*. ) | |

## PLAINTIFF'S NOTICE OF OSC DETERMINATION AND INTENT TO FILE SECOND COMPLAINT

In her Opposition to Defendants' Motion to Dismiss, Plaintiff informed the Court that she filed on September 3, 2021, a complaint with the U.S. Office of Special Counsel (OSC), alleging the very same constitutional claims at issue in the above-captioned matter. *See* ECF No. 22 at 30, n. 6. Plaintiff filed her OSC complaint out of an abundance of caution in response to Defendants' contention that this Court lacked jurisdiction over Plaintiff's constitutional claims because Plaintiff had not exhausted her administrative remedies by presenting her claims to OSC. *See* ECF No. 18-1 at 18-22.

In response to Plaintiff's allegation, OSC declared in its preliminary decision dated December 17, 2021, that OSC "lack[s] the authority to consider [Plaintiff's] constitutional arguments." Then, on January 10, 2022, after considering Plaintiff's allegations and her response to the preliminary decision, OSC made a final determination to close Plaintiff's complaint without taking or seeking corrective action. Following OSC's determination, any putative exhaustion requirement is now satisfied.

Plaintiff maintains that she was not required to present her claims to OSC, and that any

1

such requirement may be excused or cured regardless. *See* ECF No. 22 at 27-35. Nonetheless, given Defendants' position that exhaustion before OSC is a jurisdictional requirement, and to simplify the issues this Court must decide, Plaintiff hereby notifies the Court that she intends to file a new, materially similar complaint alleging the same claims based on the same underlying events, with additional factual assertions regarding OSC's processing of Plaintiff's allegations. Plaintiff will then (1) move the Court to consolidate her new complaint with the instant suit, and (2) request that the parties' current briefs be applied to the new complaint for the Court to adjudicate whether Plaintiff stated a claim upon which relief can be granted. *See* ECF No. 18-1 at 22-29, No. 22 at 35-44, No. 24 at 19-27.

Plaintiff conferred with Defendants about this notice and Plaintiff's planned course of action. The Parties will continue to communicate and coordinate the next steps.

Date:   February 25, 2022

Respectfully submitted,

*[signature]*

Christopher J. Keeven #993971
Debra L. Roth #422452
Conor D. Dirks #1022481
Shaw, Bransford & Roth, P.C.
1100 Connecticut Avenue, NW, Suite 900
Washington, D.C. 20036
Tel:   202-463-8400
Fax:   202-833-8082

*Counsel for Plaintiff Maria Esparraguera*
